**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7371**

---

CORNELIUS TUCKER, JR.,

                      Petitioner - Appellant,

    versus

BILL CLINTON, President; J. B. FRENCH; MIKE
EASLEY; MAGISTRATE DIXON,

                      Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-95-470-5-BR)

---

Submitted:  February 7, 1996      Decided:  February 22, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed as modified by unpublished per curiam opinion.

---

Cornelius Tucker, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cornelius Tucker appeals from the district court's order dismissing his 28 U.S.C. § 2254 (1988) petition as frivolous pursuant to 28 U.S.C. § 1915(d) (1988). Our review of the record and the district court's opinion discloses no abuse of discretion and that this appeal is without merit. We amend the district court's judgment to reflect that this dismissal is without prejudice. 28 U.S.C. § 2106 (1988).

Accordingly, although we grant Tucker's motion for a certificate of probable cause to appeal, we affirm the district court's dismissal order as modified. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED